FILED

January 16, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AO 91 (Rev. 11/11)  Criminal Complaint

BY: _____ sec _____

DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>German Rodriguez Hernandez<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **1:26-mj-00053-SH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 12, 2025  in the county of  Travis  in the Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a)(1) & (b) | Assaulting, Resisting, or Impeding a Federal Officer. |

This criminal complaint is based on these facts:

Please see attached Affidavit

■ Continued on the attached sheet.

_____
*Complainant's signature*

**Matthew Goryl, Special Agent, HSI**
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  01/16/2026

_____
*Judge's signature*

City and state:  **Austin, Texas**

Susan Hightower, United States Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § § | **FILED UNDER SEAL** |
| | § | **No. 1:26-MJ** |
| v. | § § | |
| | § | **[Ct. 1: 18 U.S.C. § 111(a)(1) & (b)– Assaulting,** |
| GERMAN RODRIGUEZ HERNANDEZ, | § | **Resisting, or Impeding a Federal Officer]** |
| | § | |
| *Defendant.* | § § | |
| | § | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Goryl, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I make this Affidavit in support of a criminal complaint charging GERMAN RODRIGUEZ HERNANDEZ ("RODRIGUEZ-HERNANDEZ") for violating 18 U.S.C. § 111(a)(1) & (b), Assaulting, Resisting, or Impeding a Federal Officer.

2. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since February 2025. My responsibilities as a SA with HSI include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collecting evidence, interviewing witnesses, use of force, firearms, and other law enforcement related duties. My duties include the enforcement of federal criminal statutes involving firearm violations by prohibited aliens.

3. I received training at the Federal Law Enforcement Training Center, where I successfully completed the Federal Law Enforcement Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training School. I have received specialized training regarding federal offenses including human smuggling, immigration law, narcotics

smuggling, physical and electronic surveillance techniques, and criminal investigations. I have also investigated and/or participated in investigations of immigration and firearm related cases, child pornography, narcotics, fraud, and human trafficking.

4. The facts in this affidavit come from my personal observations, and information obtained from other agents, law enforcement officers, and witnesses, including reports prepared by Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE-ERO") Deportation Officers ("DO"). This affidavit is intended to show that there is probable cause for the issuance of the proposed arrest warrant. It does not set forth all my knowledge about this matter.

## **FACTUAL SUMMARY**

5. On January 12, 2025, ICE-ERO personnel assigned to the Austin office initiated an immigration operation within the Western District of Texas. At approximately 0900 hours, ICE-ERO personnel conducted surveillance in search of an individual who was illegally present in the United States.

6. During the search for the initial subject, ICE-ERO observed a white van displaying Texas License Plate NZB7613 (TARGET VEHICLE #1) driving on Highway 79 toward 130 South in Austin, Texas. A query of law enforcement databases revealed that TARGET VEHICLE #1 was registered to GERMAN RODRIGUEZ-HERNANDEZ at a residence in Austin, Texas. Further law enforcement database queries on RODRIGUEZ-HERNANDEZ revealed that he did not have immigration status to be lawfully present in the United States. Based upon those details, ICE-ERO attempted to stop TARGET VEHICLE #1 by initiating their emergency equipment in their Government assigned vehicles. The driver of TARGET VEHICLE #1 refused to stop and a short vehicle pursuit ensued.

7. During the pursuit of TARGET VEHICLE #1, ICE-ERO noticed that a white Chevrolet Silverado pickup truck displaying Texas License Plate HWY9991 (TARGET VEHICLE #2) was traveling in the adjacent lane. As the pursuit of TARGET VEHICLE #1 took place, the driver of TARGET VEHICLE #2, who was later identified as GERMAN RODRIGUEZ-HERNANDEZ caused his vehicle to veer into the lane of traffic the ICE-ERO vehicle bearing Texas License Plate TGH6365 was traveling in, in an apparent attempt to run the ICE-ERO government vehicle off the roadway. ICE-ERO Officer Jose Rodas, the passenger in the ICE-ERO vehicle, described TARGET VEHICLE #2 as continuously veering into their lane of traffic, attempting to run the officer off of the road. Officer Rodas became so concerned that he displayed his service weapon in an attempt to get the driver of TARGET VEHICLE to disengage. The ICE-ERO vehicle pursuing TARGET VEHICLE #1 had its overhead blue and red lights flashing continuously during the pursuit of the TARGET VEHICLE #1.

8. At approximately 0910 hours, TARGET VEHICLE #1 slowed down long enough to allow ICE-ERO personnel to "box" TARGET VEHICLE #1 into a roadside stop. Once TARGET VEHICLE #1 came to stop on the right-hand side of the road, the ICE-ERO vehicle stopped immediately behind it. Then, as ICE-ERO Officer Jorge Zepeda, the driver of the ICE-ERO vehicle (bearing Texas License Plate TGH6365), exited the ICE-ERO vehicle to make contact with the driver of TARGET VEHICLE #1, the driver of TARGET VEHICLE #2, RODRIGUEZ-HERNANDEZ, intentionally veered TARGET VEHICLE #2 from its lane of traffic toward the driver's side door of the ICE-ERO vehicle. This caused his vehicle to collide with the opened driver's side door of the ICE-ERO vehicle as Officer Zepeda was exiting. The open door of the ICE-ERO vehicle was nearly ripped off of the vehicle due to the forward movement of the collision caused by TARGET VEHICLE #2. Officer Zepeda who was driving

was able to avoid injury by falling back into his truck as fast as he could before TARGET VEHICLE #2 hit him. After striking the ICE-ERO vehicle, RODRIGUEZ-HERNANDEZ fled the scene at a high rate of speed.

9. At approximately 1145 hours, I arrived at the location where the ICE-ERO government vehicle was struck and conducted interviews of two individuals later identified as Jennifer RODRIGUEZ and Gloria MENDOZA-Mondragon. Gloria was later identified as the spouse of RODRIGUEZ-HERNANDEZ. During the interview, Jennifer provided video recordings of the incident that took place to me and granted verbal consent to review the video recordings on her (Jennifer's) cell phone. Jennifer then told me that her husband, Hermilo MONDRAGON, took the video while riding in the passenger seat of TARGET VEHICLE #2. I asked Jennifer who the driver of TARGET VEHICLE #2 was and she positively identified the driver as RODRIGUEZ-HERNANDEZ. I used a cell phone to record my own video of the video recordings of the incident on Jennifer's cell phone (Video attached as Government's Exhibit #1). My review of the video confirmed that TARGET VEHICLE #2 swerved from the lane of traffic it was driving in order to collide with the ICE-ERO vehicle and narrowly missed hitting ICE-ERO Officer Zepeda as he fell back into his truck. My review also confirmed that TARGET VEHICLE #2 then accelerated past the scene and did not stop to acknowledge the collision or the well-being of the driver of the ICE-ERO vehicle.

10. I interviewed the ICE-ERO officers who were involved in the pursuit of TARGET VEHICLE #1. Both Officer Jorge Zepeda and Officer Jose Rodas positively identified RODRIGUEZ-HERNANDEZ as the driver of TARGET VEHICLE #2 who struck the ICE-ERO vehicle. Officer Zepeda and Officer Rodas were engaged in the performance of their official duties during the incident described above and RODRIGUEZ-HERNANDEZ impeded and interfered

with those official duties.

11. Immigration records reviewed confirmed that RODRIGUEZ-HERNANDEZ has never had a

valid immigration status and is currently illegally present in the United States.

## **CONCLUSION**

12. Based on the foregoing, I submit that probable cause exists to believe that RODRIGUEZ-

Hernandez intentionally committed the offense set forth in the proposed criminal complaint.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Matthew Goryl
Special Agent
Homeland Security Investigations


Sworn to me telephonically under Fed. R. Crim. P. 4.1 on _____ January 16 __, 2026.

HON. SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE