**FILED**
February 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VAR_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>GERMAN RODRIGUEZ-HERNANDEZ<br>Defendant | **1:26-CR-00061-DAE**<br><br>INDICTMENT<br><br>[Ct. 1: 18 U.S.C. § 111(a)(1) & (b) – Assaulting, Resisting or Impeding a Federal Officer Using a Dangerous Weapon] |

**THE GRAND JURY CHARGES:**

COUNT ONE
Assaulting, Resisting or Impeding a Federal Officer Using a Dangerous Weapon
[18 U.S.C. § 111(a)(1) & (b)]

On or about January 12, 2026, in the Western District of Texas, Defendant,

**GERMAN RODRIGUEZ-HERNANDEZ,**

did impede and interfere with persons designated in 18 U.S.C. § 1114, to wit: Immigration and Customs Enforcement officers engaged in the performance of official duties, with a dangerous weapon, to wit: a motor vehicle.

In violation of 18, U.S.C., § 111(a)(1) & (b).

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: *[signature]*
FOR: GRANT SPARKS
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT – GERMAN RODRIGUEZ-HERNANDEZ