IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. AU:26-CR-00061(1) DAE |
| | § | |
| GERMAN RODRIGUEZ HERNANDEZ | § | |

## **UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE DAVID ALAN EZRA, SENIOR UNITED STATES DISTRICT JUDGE
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

COMES NOW, German Rodriguez Hernandez, Defendant, and hereby requests the current

Scheduling Order [Doc. 26] be continued. As grounds in support thereof, the Defendant would

respectfully show the Court as follows:

1.      The current Scheduling Order calls for plea agreement deadline of March 20, 2026,

motions to be filed by March 24, 2026.  Jury selection and trail are set for Monday, April 6, 2026.

2.      Counsel for Defendant received discovery on March 12, 2026.  The discovery is

voluminous, and Counsel will not have sufficient time to review all the discovery and discuss with

Defendant before the current deadlines issued by the Court. The Defendant requires additional

time to review discovery.

3.      The Government is unopposed to this request.

4.      This Motion is not made for the purpose of mere delay, but in the interests of justice.

Counsel requests this continuance to preserve Mr. Rodriguez Hernandez's constitutional right to

effective assistance of counsel.  Mr. Rodriguez Hernandez understands this request will further

toll the Speedy Trial Act time limits.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests the Court continue the current Scheduling Order by at least ninety (90) days and is consistent with the orderly dispatch of the Court's docket.

Respectfully submitted,

*/s/ Rick DeToto*
Rick DeToto
Federal ID# 29394
300 Main Street, Ste. 200
Houston, TX. 77002
(T) 713-223-0051
(F) 713-223-0877
rickdetoto@aol.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of this Motion was delivered to the Government via ECF filing.

*/s/ Rick DeToto*
RICK DETOTO

## CERTIFICATE OF CONFERENCE

I certify that I communicated with AUSA Grant Sparks, who is UNOPPOSED to this Motion.

*/s/ Rick DeToTo*
RICK DETOTO

2