FILED

MAY 0 8 2026

UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

USA                              §
                                 §
vs.                              §     Case Number:  AU:26-CR-00061(1)-DAE
                                 §
(1) German Rodriguez Hernandez   §
    *Defendant*                  §

### CONSENT TO ADMINISTRATION OF GUILTY PLEA
### AND FED. R. CRIM. P. 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, (1) German Rodriguez Hernandez, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this May 08, 2026.

_____
(1) German Rodriguez Hernandez
*Defendant*

_____
Richard Gregory Detoto
*Attorney for Defendant*

_____
Grant Sparks
*Assistant U.S. Attorney*